IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 15 AM 10:07

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D     MEMPHIS

| | | |
|---|---|---|
| In re RAYMOND WILSON and NANCY WILSON, DEBTORS IN CHAPTER 13, | ) ) ) ) | |
| WILLIAM A. COHN, | ) ) | |
| Creditor/Respondent/Appellant, | ) ) | |
| v. | ) ) | No. 05-2260 Ml/P |
| GEORGE EMERSON, Chapter 13 Trustee, | ) ) ) ) | |
| Appellee. | ) | |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on the Motion of George W. Emerson, Chapter 13 Trustee, to Dismiss Appeal or in the Alternative to Modify the Scheduling Order,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Appellee's Motion to Dismiss, entered December 14, 2005, this case is DISMISSED without prejudice.

APPROVED:

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT COURT

Dec. 14, 2005
Date

THOMAS M. GOULD
Clerk of Court

/s/ Judy Easley
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-15-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:05-CV-02260 was distributed by fax, mail, or direct printing on December 15, 2005 to the parties listed.

---

William A. Cohn
THE COHN LAW FIRM
291 Germantown Bend Cove
Cordova, TN 38018

William A. Cohn
THE COHN LAW FIRM
65 Germantown Court
Kroger Center Ste. 300
Memphis, TN 38018

Jed G. Weintraub
U.S. BANKRUPTCY COURT
200 Jefferson Avenue
Suite 500
Memphis, TN 38103

David J. Harris
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103--221

Jerry R. Givens
THE COHN LAW FIRM
291 Germantown Bend Cove
Cordova, TN 38018

Jennie D. Latta
U.S. BANKRUPTCY COURT
200 Jefferson Avenue
Suite 500
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT