IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 DEC 15 PM 3:48

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

In re RAYMOND WILSON and )
NANCY WILSON, DEBTORS IN )
CHAPTER 13, )
 )
WILLIAM A. COHN, )
 )
Creditor/Respondent/Appellant, )
 )
v. ) No. 05-2260 Ml/P
 )
GEORGE EMERSON, Chapter 13 )
Trustee, )
 )
Appellee. )

---

**ORDER DENYING MOTION OF CREDITOR/RESPONDENT/APPELLANT
TO COMPEL BANKRUPTCY COURT CLERK TO FORWARD
ITEMS DESIGNATED FOR APPEAL RECORD**

---

Before the Court is the Motion of Creditor/Respondent/Appellant to Compel Bankruptcy Court Clerk to Forward Items Designated for Appeal Record, filed April 22, 2005. On December 14, 2005, the Court entered an Order Granting Appellee's Motion to Dismiss and a final judgment in this case. Accordingly, Appellant's Motion to Compel is DENIED as MOOT.

So ORDERED this 15 day of December, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-16-05

21

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:05-CV-02260 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

Jed G. Weintraub
U.S. BANKRUPTCY COURT
200 Jefferson Avenue
Suite 500
Memphis, TN 38103

Jennie D. Latta
U.S. BANKRUPTCY COURT
200 Jefferson Avenue
Suite 500
Memphis, TN 38103

William A. Cohn
THE COHN LAW FIRM
65 Germantown Court
Kroger Center Ste. 300
Memphis, TN 38018

David J. Harris
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103--221

Jerry R. Givens
THE COHN LAW FIRM
291 Germantown Bend Cove
Cordova, TN 38018

William A. Cohn
THE COHN LAW FIRM
291 Germantown Bend Cove
Cordova, TN 38018

Honorable Jon McCalla
US DISTRICT COURT